IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN J. ELEY, | ) | CASE NO. 4:02CV1994 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| MARGARET BAGLEY, Warden, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Respondent. | ) | |

This Court, having issued its Memorandum of Opinion and Order denying the Petition pursuant to 28 U.S.C. § 2254, dismisses this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from certain claims raised in the Opinion could be taken in good faith and the Court issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed.R.App.P.22(b), as set forth in the Opinion.

**IT IS SO ORDERED.**

FILED
OCT 18 2006
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE